# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 312
:
REAPPOINTMENT TO THE : DISCIPLINARY BOARD APPOINTMENT
DISCIPLINARY BOARD OF : DOCKET
PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2021, Dion G. Rassias, Esquire, Philadelphia, is hereby reappointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2021.